## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI,
## WESTERN DIVISION

UNITED STATES OF AMERICA                                    RESPONDENT


VERSUS                                  CRIMINAL ACTION NO. 5:03cr1-BrN
                                        CIVIL ACTION NO. 5:04cv89-DCB


DANNY HUBBARD                                               PETITIONER

<u>**ORDER**</u>

This matter comes before the Court on the petitioner's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 [**criminal docket entry no. 31; civil docket entry no. 1**].

Pursuant to the Opinion and Order of the United States Court of Appeals for the Fifth Circuit [criminal docket entry no. 55] wherein this Court's Order denying the petitioner's Motion to Vacate, Set Aside, or Correct Sentence [criminal docket entry no. 39; civil docket entry no. 2] was vacated, the Court dismisses the petitioner's § 2255 Motion without prejudice.

In a separate memorandum opinion and order to follow, this Court, as instructed by the Fifth Circuit, will construe the petitioner's letter filed on August 11, 2003, as a timely filed motion for reconsideration of his sentence and will advise him that he may file a notice of appeal within ten days of the entry of the ruling on his motion for reconsideration of sentence. Accordingly,

**IT IS HEREBY ORDERED** that the petitioner's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255

[**criminal docket entry no. 31; civil docket entry no. 1**] is **DENIED**

**WITHOUT PREJUDICE.**

    **SO ORDERED,** this the __6th__ day of November, 2007.


                        ____ s/ David Bramlette _____
                        UNITED STATES DISTRICT JUDGE